# EXHIBIT A

ADVANTAGE FORECLOSURE SERVICES, INC.

Title No.  FCL-174349-23 (File No. 12472.1018)

## SCHEDULE A
## DESCRIPTION

**Block 1177 and Lots 11 and 50**

Parcel I:

To be formed from part of Lot 7:

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at a point in the Southerly sideline of St. John's Place (70 feet wide), in the common line between Lot 11 and Lot 12, therein distant 176.08 feet as measured Easterly from the Northeasterly sideline of Washington Avenue (80 feet wide) and from said point of beginning;

RUNNING THENCE along the common line between Lot 11 and Lot 12, Southerly along a line at right angles to St. John's Place, a distance of 98 feet 9 inches to a point in the common line between Lot 11 and Lot 6;

THENCE along said common line, Easterly along a line parallel with the Southerly sideline of St. John's Place, a distance of 14 feet to an angle point in the same;

THENCE continuing along said common line, Southerly along a line parallel with Washington Avenue, a distance of 27 feet 10 1/2 inches to a point in the common line between Lot 11 and Lot 5;

THENCE along said common line, Southwesterly along a line at right angles to St. John's Place, a distance of 12 feet 8 7/8 inches to a point in the common line between Lot 11 and Lot 50;

THENCE along said common line, Easterly along a line nearly parallel with St. John's Place, a distance of 25 feet to a point in the common line between Lot 11 and Lot 17;

THENCE along said common line, Northerly along a line at right angles to St. John's Place, a ditance of 137 feet to a point in the aforementioned Southerly sideline of St. John's Place;

THENCE Westerly along the Southerly sideline of St. John's Place, a distance of 50 feet and 3 inches to the point and place of BEGINNING.

Designated as Block 1177, Lot 11, (Formed from part of old Lot 7), Kings County and also known as Parcel I: N/A St. John's Place, Brooklyn, NY 11236.

ADVANTAGE FORECLOSURE SERVICES, INC.

Title No. FCL-174349-23 (File No. 12472.1018)

SCHEDULE A
DESCRIPTION

PARCEL II:

To be formed from part of Lot 7:

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at a point in the Northerly sideline of Lincoln Place (70 feet wide), in the common line between Lot 50 and Lot 1, therein distant of 86 feet as measured Easterly along the same from its intersection with the Northeasterly sideline of Washington Avenue (80 feet wide) and from said point of beginning;

RUNNING THENCE along the common line between Lot 50, with Lot 1, Lot 2, Lot 3 and Lot 4, Northerly along a line at right angles to Lincoln Place, a distance of 125 feet to a point in the common line between Lot 50 and Lot 11;

THENCE along said common line, Easterly along a line nearly parallel with the Northerly sideline of Lincoln Place, a distance of 25 feet to an angle point in the same;

THENCE continuing along said common line, Northerly along a line at right angles to Lincoln Place, a distance of 6 feet to a point in the centerline of the block, in the common line between Lot 50 and Lot 17;

THENCE along said common line, Easterly along the center line of the block and also parallel with the Northerly sideline of Lincoln Place, a distance of 150 feet to a point in the Easterly line of Lot 50;

THENCE along said line, Southerly along a line at right angles to Lincoln Place, a distance of 31 feet to a point in the common line between Lot 50 and Lot 41;

THENCE along said common line between Lot 50, with Lot 41, Lot 42, Lot 44, Lot 45, Lot 46 and Lot 47, Westerly along a line parallel to the Northerly sideline of Lincoln Place, a distance of 150 feet to a point in the common line between Lot 50 and Lot 47;

THENCE along said common line, Southerly along a line parallel with the first course, a distance of 100 feet to the point in the aforesaid Northerly sideline of Lincoln Place;

THENCE Westerly along the Northerly sideline of Lincoln Place, a distance of 25 feet to the point and place of BEGINNING.

Designated as Block 1177, Lot 50 (Formed from part of old Lot 7), Kings County and also known as Parcel II: N/A Lincoln Place, Brooklyn, NY 11238.

**Premises known as 480 St. Johns Place and 421 Lincoln Place, Brooklyn, New York 11238**