EXHIBIT E

## NYC DEPARTMENT OF FINANCE
## OFFICE OF THE CITY REGISTER

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.



2022092000444001001ED9FE

| RECORDING AND ENDORSEMENT COVER PAGE | PAGE 1 OF 4 |
|---|---|

**Document ID:** 2022092000444001    Document Date: 08-25-2022    Preparation Date: 09-20-2022
Document Type: ASSIGNMENT, MORTGAGE
Document Page Count: 3

| PRESENTER: | RETURN TO: |
|---|---|
| LANGDON TITLE AGENCY, LLC<br>463 SEVENTH AVENUE, SUITE 701<br>LTAREC-102163<br>NEW YORK, NY 10018<br>212-686-6650<br>RECORDING@LANGDONTITLE.COM | LANGDON TITLE AGENCY, LLC<br>463 SEVENTH AVENUE, SUITE 701<br>LTAREC-102163<br>NEW YORK, NY 10018<br>212-686-6650<br>RECORDING@LANGDONTITLE.COM |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 1177 | 11 | Entire Lot | 478 SAINT JOHNS PLACE |

**Property Type:** DWELLING ONLY - 3 FAMILY

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 1177 | 50 | Entire Lot | 419 LINCOLN PLACE |

**Property Type:** COMMERCIAL REAL ESTATE

### CROSS REFERENCE DATA

**CRFN:** 2022000225944

### PARTIES

| ASSIGNOR/OLD LENDER: | ASSIGNEE/NEW LENDER: |
|---|---|
| GOLDEN BRIDGE R1 LLC<br>C/O THE SHIPONI LAW FIRM, P.C.,, 107-14 71ST<br>ROAD, 2ND FLOOR<br>FOREST HILLS, NY 11375 | GOLDEN BRIDGE R2 LLC<br>123-20 82ND AVENUE<br>KEW GARDENS, NY 11415 |

### FEES AND TAXES

| Mortgage : | | | Filing Fee: | | |
|---|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | | |
| Exemption: | | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | | |
| City (Additional): | $ | 0.00 | | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | | |
| TASF: | $ | 0.00 | | | |
| MTA: | $ | 0.00 | | | |
| NYCTA: | $ | 0.00 | | | |
| Additional MRT: | $ | 0.00 | | | |
| TOTAL: | $ | 0.00 | | | |
| Recording Fee: | $ | 55.00 | | | |
| Affidavit Fee: | $ | 0.00 | | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed     09-30-2022 09:46
City Register File No.(CRFN):
          2022000376481

*Annette M. Hill*

*City Register Official Signature*

## ASSIGNMENT OF MORTGAGE

KNOW THAT, **GOLDEN BRIDGE R1 LLC d/b/a GOLDEN BRIDGE FUNDING,** having office at c/o The Shiponi Law Firm, P.C., 107-14 71st Road, 2nd Floor, Forest Hills, NY 11375, **as Assignor,** in consideration TEN ($10.00) and other good and valuable consideration paid by **GOLDEN BRIDGE R2 LLC, its successors and assigns,** having office at **123-20 82nd Avenue, Kew Gardens, New York 11415** hereby assigns onto the Assignee,

> Certain mortgages described on Exhibit A attached hereto and made a part hereof (the "Mortgages") and affecting premises known as:
> Property Address: N/A St Johns Place, Brooklyn, NY 11238 and 421 Lincoln Place Brooklyn, NY 11238
> Section: ---- Block: 1177 Lot: 11 (Formed from Old Lot 7) and 50 (Formed from Old Lot 7);

As of the date hereof the unpaid principal balance secured by this Mortgage is U.S. $10,700,000.00

TOGETHER with the bond(s) or note(s) or obligations described in said mortgage(s), and the moneys due and to grow due thereon with interest; TO HAVE AND TO HOLD the same onto the Assignee and to the successors, legal representatives and assigns of the Assignee forever.

The word "Assignor" or "Assignee" shall be construed as if it read "assignors" or "assignees" whenever the sense of this instrument so requires.

This Assignment is not subject to the requirements of Section 275 of the Real Property Law because it is an assignment within the secondary market.

This Assignment is being made without representation, warranty, or recourse by or to Assignor in any event or any reason whatsoever.

SIGNATURE PAGE TO FOLLOW

IN WITNESS WHEREOF, the Assignor has executed this Assignment as of this August 25, 2022

GOLDEN BRIDGE R1 LLC d/b/a
GOLDEN BRIDGE FUNDING

By: Xiumei Dong- Authorized
Signatory

STATE OF NEW YORK     )
                                              )ss:
COUNTY OF QUEENS      )

On August 25, 2022 before me, the undersigned, personally appeared **Xiumei Dong**, personally known to me or proved to me on the basis of satisfactory evidence to be the individuals whose names are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacities and that by his/her/their signatures on the instrument, the individuals, or the person upon behalf of which the individuals acted, executed the instrument.

Notary Public

**RECORD AND RETURN TO:**
**GOLDEN BRIDGE R2 LLC**
**123-20 82nd Avenue, Kew Gardens, New York**
**11415**

GILDA K LUCANO
Notary Public, State of New York
Registration No. 01LU6370509
Qualified in Queens County
Commission Expires February 05, 20 26

# Exhibit A

1.MORTGAGE
Mortgagor: BD781 LLC
Mortgagee: GOLDEN BRIDGE R1 LLC d/b/a GOLDEN BRIDGE FUNDING
Amount: $10,700,000.00
Dated: 5/17/2022
Recorded: 6/6/2022
CRFN: 2022000225944
Tax Paid: $299,600.00