# EXHIBIT G

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2022092000444002001ED9BA |
|---|---|

**RECORDING AND ENDORSEMENT COVER PAGE**     PAGE 1 OF 4

**Document ID:** 2022092000444002  **Document Date:** 08-25-2022  **Preparation Date:** 09-20-2022
**Document Type:** ASGN OF ASGN OF L&R
**Document Page Count:** 2

| PRESENTER: | RETURN TO: |
|---|---|
| LANGDON TITLE AGENCY, LLC<br>463 SEVENTH AVENUE, SUITE 701<br>LTAREC-102163<br>NEW YORK, NY 10018<br>212-686-6650<br>RECORDING@LANGDONTITLE.COM | LANGDON TITLE AGENCY, LLC<br>463 SEVENTH AVENUE, SUITE 701<br>LTAREC-102163<br>NEW YORK, NY 10018<br>212-686-6650<br>RECORDING@LANGDONTITLE.COM |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 1177 | 11 | Entire Lot | 478 SAINT JOHNS PLACE |

**Property Type:** DWELLING ONLY - 3 FAMILY

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 1177 | 50 | Entire Lot | 419 LINCOLN PLACE |

**Property Type:** COMMERCIAL REAL ESTATE

### CROSS REFERENCE DATA

**CRFN:** 2022000225945

### PARTIES

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| BD781 LLC<br>4403 15TH STREET SUITE 114<br>BROOKLYN, NY 11219 | GOLDEN BRIDGE R1 LLC<br>C/O 107-14 71ST ROAD, 2ND FLOOR<br>FOREST HILLS, NY 11375 |

☒ Additional Parties Listed on Continuation Page

### FEES AND TAXES

| Mortgage : | | Filing Fee: | |
|---|---|---|---|
| Mortgage Amount: | $ 0.00 | $ | 0.00 |
| Taxable Mortgage Amount: | $ 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | $ | 0.00 |
| TAXES: County (Basic): | $ 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ 0.00 | $ | 0.00 |
| Spec (Additional): | $ 0.00 | | |
| TASF: | $ 0.00 | | |
| MTA: | $ 0.00 | | |
| NYCTA: | $ 0.00 | | |
| Additional MRT: | $ 0.00 | | |
| TOTAL: | $ 0.00 | | |
| Recording Fee: | $ 50.00 | | |
| Affidavit Fee: | $ 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed  09-30-2022 09:46
City Register File No.(CRFN): **2022000376482**

*Annette M Hill*

*City Register Official Signature*

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2022092000444002001CDB3A |
|---|---|

**RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION)**  PAGE 2 OF 4

**Document ID:** 2022092000444002   Document Date: 08-25-2022   Preparation Date: 09-20-2022
Document Type: ASGN OF ASGN OF L&R

**PARTIES**
**ASSIGNEE:**
GOLDEN BRIDGE R2 LLC
123-20 82ND AVENUE
KEW GARDENS, NY 11415

## ASSIGNMENT OF ASSIGNMENT OF LEASES AND RENTS

**KNOW THAT**, as of the August 25, 2022, **GOLDEN BRIDGE R1 LLC d/b/a GOLDEN BRIDGE FUNDING,** having office at c/o 107-14 71st Road, 2nd Floor, Forest Hills, NY 11375 ("**Assignor**"), in consideration of good and valuable consideration paid to it by **GOLDEN BRIDGE R2 LLC**, a New York Limited Liability Company having an address at **123-20 82nd Avenue, Kew Gardens, New York 11415** (together with its successors and assigns, "**Assignee**"), hereby assigns unto Assignee any and all of Assignor's right, title and interest in and to that certain Assignment of Leases and Rents described on **Schedule I** attached hereto, affecting the premises known as N/A St Johns Place, Brooklyn, NY 11238 and 421 Lincoln Place Brooklyn, NY 11238, as more particularly described in said Assignment of Leases and Rents.

**TO HAVE AND TO HOLD** the same unto Assignee and to the successors, legal representatives and assignees of the Assignee forever.

This assignment is made in the ordinary course of business of the Assignor.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Assignment of Leases and Rents as of the date first written above.

**GOLDEN BRIDGE R1 LLC d/b/a GOLDEN BRIDGE FUNDING**

By: _____
Name: Xiumei Dong
Title: Authorized Signatory

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF QUEENS   )

On August 25, 2022, before me, the undersigned, personally appeared Xiumei Dong, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

GILDA K LUCANO
Notary Public, State of New York
Registration No. 01LU6370509
Qualified in Queens County
Commission Expires February 05, 2026

## Schedule I
### (Assignment of Leases and Rents)

ASSIGNMENT OF LEASES AND RENTS from **BD781 LLC to GOLDEN BRIDGE R1 LLC d/b/a GOLDEN BRIDGE FUNDING., in the amount of $10,700,000.00** dated May 17, 2022, and recorded on June 6, 2022 in CRFN: 2022000225945 in said Register Office.