# EXHIBIT H

# Warren S. Dank, Esq., P.C.
Attorney at Law

| Mailing Address | Admitted to Practice | (516) 364-2469 Telephone |
|---|---|---|
| 62 Belmont Circle | New York | (516) 364-6308 Facsimile |
| Syosset, New York 11791 | New Jersey | wsdank@wsdanklawfirm.com |
| | Connecticut | |
| | United States District Court, New York | |
| | United States District Court, New Jersey | |

**<u>Via Email</u>**

May 17, 2023

BD781 LLC
N/A St Johns Place and
421 Lincoln Place
Brooklyn, New York 11238

Re:   Notice of Acceleration and Demand for Payment
      Golden Bridge R1 LLC d/b/a Golden Bridge Funding ("Lender")
      BD781 LLC ("Borrower")
      N/A St Johns Place and
      421 Lincoln Place
      Brooklyn, New York 11238 (collectively the "Property")

Dear Borrower:

We have been retained to enforce the rights of the Lender, the current holder of the Note, Mortgage and other Loan Documentation (hereinafter "Loan Documentation") in connection with your loan with the Lender.

You are currently in default pursuant to your Loan Documentation with Lender in that you have failed to pay monthly interest only payments that were due and owing.

On behalf of the Lender, we hereby notify you that your Lender has declared the entire Indebtedness evidenced by the Loan Documentation to be due and payable immediately, together with any and all other charges required to be paid by you pursuant to the provisions of the Loan Documentation, which shall include but not limited to, default interest, late fees, court costs, disbursements and reimbursement of attorneys' fees.

Therefore, unless payment evidenced by the Loan Documentation is paid within five days of the date of this letter, Lender will seek immediate judicial relief which may include, but not limited to, commencing a mortgage foreclosure action against the Property to recover the full amount of the money due and owing the Lender without any further notice to you.

BD781 LLC
May 17, 2023
Page 2

      Be advised that any subsequent payment of any amount less than the entire balance due and owing pursuant to the Loan Documentation, Lender will apply such sum to the outstanding balance in any manner the Lender elects in Lender's sole discretion. No such partial payment or acceptance shall constitute or be deemed as a cure of any event of default pursuant to the Loan Documentation or the terms of this Notice of Acceleration and Demand for Payment, a satisfaction or reinstatement of the loan, or a waiver, modification, relinquishment or forbearance by Lender of any of Lender's rights or remedies pursuant to the Loan Documentation whether at law or in equity, all of which rights and remedies are hereby expressly reserved.

      This Notice of Acceleration and Demand for Payment is not intended to contain an exhaustive or complete listing of defaults or events of default or Lender remedies that currently may exist pursuant to the Loan Documentation. Nothing contained in this Letter is intended to limit, nor shall it be deemed to limit or in any way affect, any of Lender's claims, rights or remedies under the Loan Documentation, and nothing in this Letter shall in any way modify, change, impair, affect, diminish, or release any liability of the Borrower pursuant to the Loan Documentation.  Additionally, Nothing contained herein, nor any failure by the Lender to exercise any of its rights or remedies pursuant to the Loan Documentation shall be deemed to constitute, nor is it intended to constitute, any waiver whatsoever of any default or event of default or the right of the Lender to declare additional defaults or events of default under the Loan Documentation and/or any rights or remedies the Lender has pursuant to the Loan Documentation, at law or in equity, all of which are hereby expressly reserved.

      Guide yourself accordingly.

                                                    Very truly yours,

                                                   /s/ Warren S. Dank, Esq.

                                                   Warren S. Dank, Esq.

cc:    Golden Bridge R1 LLC (via email)