AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| GOLDEN BRIDGE R2 LLC <br><br> *Plaintiff(s)* <br> v. <br> BD781 LLC; YAG781 CORP.; JOSEPH RUBIN; SHMUEL A HAIKINS, et al. (See attached Rider with complete caption) <br><br> *Defendant(s)* | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* See attached Rider with Defendants and their addresses

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Steven S. Rand
Zeichner Ellman & Krause LLP
1211 Avenue of the Americas
New York, New York 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

RIDER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOLDEN BRIDGE R2 LLC,<br><br>                      Plaintiff,<br><br>      - against -<br><br>BD781 LLC; YAG781 CORP.; JOSEPH RUBIN; SHMUEL A HAIKINS; NY SUPER SAFETY LLC; HEXAGON INDUSTRIES INC.; STRUCTURAL ENGINEERING TECHNOLOGIES P.C.; FIVE STAR EQUITY INVESTMENTS LLC; FIVE STAR MARBELHEAD HOLDINGS LLC; FIVE STAR STORE IT MARBLEHEAD LLC; FIVE STAR PROSPECT HOLDINGS LLC; FIVE STAR EQUITY INVESTMENTS III LLC; MANIES FAMILY SPE LLC; BERNARD (BORUCH) MANIES; FRED (FEIVEL) SCHWARTZ; SUSAN HOFFMAN; YONI LEFKOWITZ; YONAH GRUNHUT; ALEXANDER GRUNHUT; BD EQUITIES LLC; BLUE DIAMOND EQUITIES LLC; NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE; NEW YORK CITY DEPARTMENT OF FINANCE; "JOHN DOE NO. 1 TO 10," inclusive, the last ten names being fictitious and unknown to plaintiff, the persons or parties intended being the tenants, occupants, persons or corporations, if any, having or claiming an interest in or lien upon the premises described in the complaint,<br><br>                      Defendants. | Civil Action File No.: |

**Rider**
**List of Defendants and their Addresses**

BD781 LLC
4403 15th Avenue, Suite 114
Brooklyn, New York 11219

YAG781 Corp.
1266 36th Street
Brooklyn, New York 11218

Joseph Rubin
1774 50 Street
Brooklyn, New York 11204

Shmuel A. Haikins
21A Newwood Hills Avenue
Lakewood, New Jersey 08701

NY Super Safety LLC
107-14 71st Road, 2 Floor
Forest Hills, New York 11375

Hexagon Industries Inc.
5903 18th Avenue, #44
Brooklyn, New York 11204

Structural Engineering Technologies P.C.
40-12 28th Street
Long Island City, New York 11101

Five Star Equity Investments LLC
3612 Shannon Road
Cleveland Heights, Ohio 44118

Five Star Marbelhead Holdings LLC
301 Mill Road, Suite U-5
Hewlett, New York 11557

Five Star Store It Marblehead LLC
3612 Shannon Road
Cleveland Heights, Ohio 44118

Five Star Prospect Holdings LLC
3612 Shannon Road
Cleveland Heights, Ohio 44118
Five Star Equity Investments III LLC
300 Aycrigg Avenue
Passaic, New Jersey 07055

Manies Family Spe LLC
3612 Shannon Road
Cleveland Heights, Ohio 44118

Bernard (Boruch) Manies
3618 Shannon Road
Cleveland Heights, Ohio 44118

Fred (Feivel) Schwartz
3631 Shannon Road
Cleveland Heights, Ohio 44118

Susan Hoffman
3525 Shannon Road
Cleveland Heights, Ohio 44118

Yoni Lefkowitz
309 East 10th Street, Apt. 1
New York, New York 10009

Yonah Grunhut
1139 42nd Street, Apt. 1
Brooklyn, New York 11219

Alexander Grunhut
1139 42nd Street, Apt. 1
Brooklyn, New York 11219

BD Equities LLC
31 West 52nd Street
New York, New York 10019

Blue Diamond Equities LLC
21 Newwood Hills Avenue
Lakewood, New Jersey 08701

New York State Department of Taxation and Finance
WA Harriman Campus
Albany, New York 12227

New York City Department of Finance
c/o NYC Corporation Counsel
100 Church Street
New York, New York 10007

John Doe No. 1-10
419-421 Lincoln Place
Brooklyn, New York 11238

    and

478-480 Saint Johns Place
Brooklyn, New York 11238

4853-5173-3615, v. 1